**A. M. Kan, appellee, v. Mandel Sensibar and J. R. Sensibar, defendants, on appeal of J. R. Sensibar, appellant. Gen. No. 31,397.**

Judgment for plaintiff on promissory note. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed with damages. Opinion filed October 19, 1927.

E. S. & J. W. Cummings, for appellant. Eastman, White, Hawxhurst & Lind, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**John Wolters and Martha Wolters, appellees, v. John Stelk and Roy L. Kranzow, appellants. Gen. No. 31,413.**

Suit to recover on contract and for money had and received. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

John Stelk and Roy L. Kranzow, *pro se*. Chambers & Cochran, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Greenebaum Sons Bank & Trust Company, appellee, v. Bert G. Cochrane, appellant. Gen. No. 31,471.**

Suit on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Harry H. Krinsky, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Gurdon Williams, appellee, v. Everett G. Ballard, appellant. Gen. No. 31,509.**

Suit on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Arthur H. Jones, for appellant. Gurdon Williams, *pro se*.

Mr. Presiding Justice Taylor delivered the opinion of the court.